THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS BRADY, Appellant, *v.* McDOUGALL HAWKES, as Commissioner of the Department of Docks and Ferries of the City of New York, et al., Respondents.

*People ex rel. Brady* v. *Hawkes,* 91 App. Div. 613, affirmed.
(Argued June 1, 1904; decided June 17, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

February 27, 1904, which dismissed a writ of certiorari to review the proceedings of the defendants in removing the relator from the office of dockmaster in the city of New York.

*Charles Goldzier* and *Frederick B. House* for appellant.

*John J. Delany, Corporation Counsel* (*Theodore Connoly* and *Terence Farley* of counsel), for respondents.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.